**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 98-6837**

JOHN ED FLAMER,

Plaintiff - Appellant,

versus

CAPTAIN ROWLETT, Security Chief; WARDEN BASKERVILLE; B. B. HOLLIFIELD, Lieutenant; DOCTOR FISHER, Mental Health,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Henry C. Morgan, Jr., District Judge. (CA-98-311-2)

Submitted: September 10, 1998     Decided: September 24, 1998

Before MURNAGHAN, MICHAEL, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

John Ed Flamer, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district's order dismissing his 42 U.S.C. § 1983 (1994) complaint. The district court ordered Appellant to either consent to the collection of the filing fee from his inmate account or to submit the full filing fee within thirty days. See 28 U.S.C.A. § 1915(b)(1) (West 1994 & Supp. 1998). The court dismissed the case without prejudice when Appellant failed to comply with the order. Finding no abuse of discretion, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2